IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBA L FRELIMO, | No. C 11-02442 SBA (PR) |
|     Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| G. LEWIS, Acting Warden, | |
|     Respondent.                 / | |

    Petitioner, a state prisoner, filed this pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application for leave to proceed in forma pauperis (IFP).

    Petitioner has filed a previous petition for a writ of habeas corpus with this Court, challenging the same conviction and sentence. See Case No. C 97-0215 MMC (PR). The Court denied the first petition on the merits.

## DISCUSSION

    The Court finds the present petition is a second or successive petition attacking the same conviction and sentence as Petitioner's prior federal habeas petition. A second or successive petition containing new claims may not be filed in the district court unless Petitioner first obtains from the United States Court of Appeals an order authorizing the district court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). Petitioner has not done so. Accordingly, this petition is DISMISSED without prejudice to filing a new habeas action if Petitioner obtains the necessary order.[1]

## CONCLUSION

    For the foregoing reasons, the petition is DISMISSED pursuant to 28 U.S.C. § 2244(b). Based solely on Petitioner's lack of financial resources, his application to proceed IFP (docket no. 3) is GRANTED.

    The Clerk of the Court shall enter judgment in accordance with this Order, terminate all other pending motions, and close the file. The Clerk is also directed to substitute Greg Lewis,

---

[1] Petitioner also requests appointment of counsel to represent him in the instant action. (Pet. at 7.) Because the petition is subject to dismissal, his request for appointment of counsel is hereby DENIED as moot.

1  Acting Warden at PBSP, as the sole Respondent in place of the other Respondents initially listed in
2  the caption, including "B.P.H. John Peck, Steven Tucker, [and] People of the State of California."
3  (Pet. at 1.)
4      IT IS SO ORDERED.
5  DATED: 7/25/11

                                  SAUNDRA BROWN ARMSTRONG
                                  United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

OBA L FRELIMO,

        Plaintiff,

  v.

PELICAN BAY STATE PRISON WARDEN et al,

        Defendant.
                                    /

Case Number: CV11-02442 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oba L. Frelimo J-25506
Pelican Bay State Prison
5905 Lake Earl Drive
Crescent City, CA 95532

Dated: July 25, 2011

                                          Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.11\Frelimo2442.dismissSUCC.wpd       3